ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Advent Business Company, Inc. | ) ASBCA No. 63601 |
| | ) |
| Under Contract No. HC1047-19-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:        Mr. Rajesh Gupta
                                                                  President

APPEARANCES FOR THE GOVERNMENT:        William E. Brazis, Jr., Esq.
                                                                  DISA General Counsel
                                                              George E. Wise, Esq.
                                                              Russell W. Bottom, Esq.
                                                                  Trial Attorneys
                                                                  Defense Information Systems Agency
                                                                  Fort Meade, MD

OPINION BY ADMINISTRATIVE JUDGE THRASHER

By correspondence dated August 10, 2023, appellant rescinded and withdrew its claim which forms the basis for this appeal. Appellant has moved to dismiss the appeal as moot and the government does not object. When a claim is unequivocally rescinded, the action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,973; *Management Resource Associates, Inc.*, ASBCA No. 49620, 96-2 BCA ¶ 28,588 at 142,736. Accordingly, the appeal is dismissed as moot.

Dated: August 25, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
RICHARD SHACKLEFORD                         J. REID PROUTY
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63601, Appeal of Advent
Business Company, Inc., rendered in conformance with the Board's Charter.

      Dated:  August 25, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals